

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00441-CV

Abel R. **VASQUEZ** and Amelia M. Vasquez,
Appellants

v.

Jesus E. **ZAMARIPPA** and Yolanda P. Zamarippa,
Appellees

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-09427
Honorable Solomon Casseb, III, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that appellee, Jesus Zamarippa, recover his costs of this appeal from appellant, Abel R. Vasquez.

SIGNED July 31, 2013.

_____
Luz Elena D. Chapa, Justice